**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**PATRICK J. CONTI, CSB #271046**
Assistant United States Attorney
Patrick.Conti@usdoj.gov
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: 503.727.1000
        Attorneys for Defendants


## UNITED STATES DISTRICT COURT


## DISTRICT OF OREGON


| | |
|---|---|
| **MARK ANTHONY JOHNSON II,** Personal Representative for the **Estate of Mark Anthony Johnson,** | Case No.: **3:24-cv-01597-JLR** |
| Plaintiff, | **DECLARATION OF JEREMY COREY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **THE UNITED STATES OF AMERICA, THE UNITED STATES PROBATION OFFICE FOR THE DISTRICT OF OREGON** | |
| Defendant. | |


I, Jeremy Corey, do hereby declare and state as follows:


**Page 1 – Declaration of Jeremy Corey**

1.    I am an Assistant Deputy Chief with the United States Probation Office for the District of Oregon (Probation Office).  I make this declaration in support of the United States' Motion to Dismiss in the above-referenced case.  If called as a witness to testify, I could and would competently testify to the matters stated herein.

2.    I became a U.S. Probation Officer in May of 2005.  I was promoted to Supervising U.S. Probation Officer in February 2018.  I was assigned to supervise Senior U.S. Probation officer Kristie Sparks in July 2021.  My primary role in supervising Officer Sparks was to provide supervisory oversight of her cases and casework.  Those duties included approving reports to the court, case reviews, issue-driven case staffing, performance evaluations, and various quality assurance duties.  Officer Sparks was one of five officers whom I supervised in the Portland Office.  I worked in that capacity until I was promoted to Assistant Deputy Chief in January 2023.

3.    My current duties include the supervisory oversight of four supervisors.  In addition, I provide oversight for case assignments, workload management, Reentry Court, and manage the district's search program, among other duties.  I will begin my new role as Deputy Chief in January 2025.

**Page 2 – Declaration of Jeremy Corey**

4.      On February 18, 2021, the Honorable Anna J. Brown, United States District Court Judge for the District of Oregon, entered an order of conditional released for Joseph Banks in case No. 3:06-cr-445-BR, pursuant to 18 U.S.C. § 4243(f).  Per Judge Brown's order of conditional release, Mr. Banks was supervised by the Probation Office.  Attached hereto as **Exhibit 1** is a true and correct copy of Judge Brown's order of conditional release.

5.      In or around May 2021, Officer Sparks was assigned to supervise Mr. Banks.  She continued to supervise Mr. Banks until his arrest on March 2, 2022.

6.      I was Officer Sparks's direct supervisor from July 2021 through approximately March 2024.  In my capacity as her supervisor, I conferred with her routinely about Mr. Banks and how he was doing on conditional release.

7.      On February 3, 2022, then-Chief U.S. Probation Officer for the District of Oregon John Bodden informed Judge Brown that Mr. Banks was a suspect in a homicide and that he had missed his medications on multiple occasions in recent months.  That same day, Judge Brown set a status conference for Mr. Banks for February 7, 2022.  *See* ECF 108 (3:06-cr-445).

8.      On February 4, 2022, after Officer Sparks spoke with Portland Police Bureau detectives investigating Mr. Banks, I informed Judge Brown of the detectives' concern that holding a status conference for Mr. Banks could

**Page 3 – Declaration of Jeremy Corey**

hinder their investigation.  Later that same day, Judge Brown rescheduled the status conference for February 17, 2022.  ECF 110.

9.    On February 11, 2022, I participated in a conversation between then-Chief Bodden, the Criminal Chief of our United States Attorney's Office, and the detectives investigating Mr. Banks.  I then informed the Court that the detectives were still investigating Mr. Banks for two homicides.

10.    On February 14, 2022, Judge Brown cancelled the February 17, 2022, status conference (ECF 112) and requested weekly updates regarding Mr. Banks.

11.    On February 18, February 25, and March 1, 2022, I provided Judge Brown updates on Mr. Banks.  Among other things, these updates included that Mr. Banks was under investigation for multiple crimes, and that he missed his medications on February 17, 2022.

12.    Mr. Banks was arrested by state authorities on March 2, 2022, for new crimes.  He did not appear again in our court until his initial appearance on a conditional release revocation matter, held on January 19, 2023.  ECF 127.  He also had an initial appearance that day in a new felon-in-possession-of-a-firearm case.  *See* ECF 15 (3:22-cr-98-AB).

13.    Attached hereto as **Exhibit 2** is a true and correct copy of the Guide to Judiciary Policy, Vol. 8: Probation and Pretrial Services, Pt. E: Post-

**Page 4 – Declaration of Jeremy Corey**

Conviction Supervision, that was in effect in 2021 and through Mr. Banks's arrest in March 2022.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 6th day of January, 2025, in Portland, Oregon.

_____
JEREMY COREY

**Page 5 – Declaration of Jeremy Corey**