UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MARK ANTHONY JOHNSON II, | CASE NO. 3:24-cv-01597-JLR |
| Plaintiff, | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| **BENCH TRIAL DATE** | **JUNE 1, 2027 at 1:30 p.m.** |
| Length of Trial | 4 days |
| Deadline for joining additional parties | January 2, 2026 |
| Deadline for motions to amend pleadings | October 19, 2026 |
| Deadline for amended pleadings | November 18, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 18, 2026 |
| All motions related to discovery must be filed by | December 28, 2026 |

ORDER - 1

| | |
|---|---|
| Discovery completed by | January 19, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | February 16, 2027 |
| Settlement conference held no later than | April 2, 2027 |
| All motions in limine must be filed by<br>    All motions in limine shall be filed as<br>      one motion. | April 20, 2027 |
| Responses to motions in limine | May 5, 2027 |
| Agreed pretrial order due (see LR 16-5) | May 11, 2027 |
| Deposition Designations must be submitted in hardcopy to the court by: | May 13, 2027 |
| Pretrial conference to be held at 2:00 PM on | May 17, 2027 |
| Trial briefs and proposed findings of fact and conclusions of law by: | May 25, 2027 |
|     Motions in limine raised in trial briefs will not be considered. | |
| Amended proposed findings of fact and conclusions of law containing citations to the admitted exhibits and trial transcript | 10 days after trial transcripts are filed |

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Rules of Civil Procedure. If any of the dates identified in this Order or the Local Rules of Civil Procedure fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates

ORDER - 2

only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

All discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Christie Fix at Christie_Fix@wawd.uscourts.gov. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LR 16-5, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A−1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Christie Fix as soon as possible. An attorney who fails to give prompt notice of settlement may be subject to such discipline as the court deems appropriate.

Dated this <u>31st</u> day of December, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 3