**Paul C. Galm, OSB No. 002600**
Email: paul@paulgalmlaw.com
PAUL GALM, ATTORNEY AT LAW, LLC
50 SW Pine St., Suite 403
Portland, OR 97204
Telephone: (503) 641-6000
Facsimile: (971) 999-1645

**Josh Lamborn, OSB No. 973090**
Email: jpl@pdxinjury.com
THE LAW OFFICE OF JOSH LAMBORN, P.C.
50 SW Pine St., Suite 301
Portland, OR  97204
Telephone: (503) 546-0461
Facsimile: (503) 914-1507

Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **MARK ANTHONY JOHNSON II**, Personal Representative for the **Estate of Mark Anthony Johnson**, Deceased,<br><br>          Plaintiff,<br><br>     v.<br><br>**THE UNITED STATES OF AMERICA, THE UNITED STATES PROBATION OFFICE FOR THE DISTRICT OF OREGON,**<br><br>          Defendant. | Civil Action No. 3:24-cv-01597<br><br><br>**DECLARATION OF JOSH LAMBORN SUPPORTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES** |

I, Josh Lamborn, do hereby declare and say:

1.  I am one of the attorneys representing plaintiff in the above-captioned proceeding.

2.  I make this declaration in support of Plaintiff's Unopposed Motion to Extend Deadline to

    Amend Pleadings and Join Parties. I have personal knowledge of and am competent to

**Page  1 of 2 – DECLARATION OF JOSH LAMBORN SUPPORTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES**

testify to the facts herein.

3.  Counsel for the parties conferred regarding this motion; this motion is unopposed.

4.  The current deadline for plaintiff to amend the pleadings and/or join parties is June 1, 2026. Plaintiff respectfully requests the Court to extend this deadline ninety days to September 1, 2026.

5.  This request is made in good faith and not for purpose of delay. Plaintiff received additional discovery on June 1, 2026, and requests the extension to review the discovery before amending the pleadings and/or joining parties.


DATED this 1st day of June, 2026.


THE LAW OFFICE OF JOSH LAMBORN, P.C.


s/ Josh Lamborn
jpl@pdxinjury.com

Of Attorneys for Plaintiff


**Page 2 of 2 – DECLARATION OF JOSH LAMBORN SUPPORTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES**